**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6256**

─────────────

WALTER TIMOTHY GAUSE,

        Plaintiff - Appellant,

    v.

FRANK ZIMMERMAN,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03049-FL)

─────────────

Submitted:  June 12, 2025                              Decided:  June 17, 2025

─────────────

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Walter Timothy Gause, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Walter Timothy Gause appeals the district court's order granting summary judgment to Defendant, denying as moot his cross-motions for judgment on the pleadings and summary judgment, and denying relief on his 42 U.S.C. § 1983 civil action for lack of administrative exhaustion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Gause v. Zimmerman*, No. 5:22-ct-03049-FL (E.D.N.C. Mar. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*